Robert B. Wilson     Standing Chapter 13 Trustee  6308 Iola Avenue, STE 100     Lubbock, TX 79424     (806)748-1980 Office     (806)748-1956

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NOTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

IN RE:
**WALTER STEVEN PATRICK**

**DEBTOR(S)**

CASE NO. 14-70194  - HDH -13

**Hearing Date:  8/20/2014**
**Hearing Time:  10:00 AM**

### TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

COMES NOW ROBERT B. WILSON, Standing Chapter 13 Trustee (hereinafter referred to as Trustee),  and files this Objection to Confirmation in opposition to confirmation of Debtors' Chapter 13 Plan and Motion for Valuation filed herein by the above debtor(s), and would respectfully show the Bankruptcy court:

1. Debtor(s) filed for relief under Chapter 13 of the United States Bankruptcy Code on 6/30/2014.

2. Debtor(s) are below median income per 11 U.S.C. Sec. 1325 (b)(4).

3. Trustee is unable to recommend confirmation per General Order 2010-01(16c), because a complete certificate concerning all applicable Federal, State, and local tax returns required by Section 1308 of the Bankruptcy Code has not been filed with the Court.

4. Trustee alleges the 22c can't be verified until all income are provided and currently shows the Debtor to be below median income.

5. Trustee alleges the Schedule I can't be verified until all income are provided.

6. Trustee is unable to verify all available monthly disposable income is being committed to the Plan and objects to confirmation in accordance with 11 U.S.C. 1325 (b)(1)(B).

7. Trustee alleges Debtor's Plan fails to provide treatment for a priority claim filed by the Texas Attorney General in the amount of $21,773.42 for child support arrears.

8. Trustee alleges Debtor's Plan fails to provide treatment for a priority claim filed by the IRS in the amount of $5,100.00 for 2011 through 2013 income taxes.

9. Trustee alleges Debtor's Plan provides unsecured special class treatment for an unqualified general unsecured claim filed by Allianceone Receivables Mangagement Inc in the amount of $1,464.06 for municipal court penalties, collection fees, & interest.

10. Trustee is unable to determine feasibility of the proposed Plan base and objects to confirmation in accordance with 11 U.S.C. 1325 (a)(6).

WHEREFORE,  the Trustee prays that the Bankruptcy Court deny Confirmation of the Debtor(s) Chapter 13 Plan and Motion for Valuation and for such other relief to which this bankruptcy estate may be justly entitled.

Date:  8/12/2014

Respectfully submitted,
/s/ Robert B. Wilson

6308 Iola Avenue, STE 100

Lubbock, TX 79424

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Trustee's Objection to Confirmation was this date served on the following parties at the addresses listed below by electronic service or by U.S. First Class Mail:

| | |
|---|---|
| Debtor(s) Attorney<br>MONTE J WHITE<br>ATTORNEY AT LAW<br>1106 BROOK AVE HAMILTON PLAC<br>WICHITA FALL TX   76301-0000 | Debtor(s)<br>WALTER STEVEN PATRICK<br><br>2137 AVE E<br><br>WICHITA FALL  TX   76309 |

Date:  8/12/2014                                              /s/ Robert B. Wilson
                                                              Office of the Standing Trustee


WALTER STEVEN PATRICK
2137 AVE E
WICHITA FALLS    TX   76309