

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed September 8, 2014**

_____
**United States Bankruptcy Judge**

_____

PLOD 0013.000751B

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

**IN RE:**
**WALTER STEVEN PATRICK**

**DEBTOR(S)**

CASE NO: 14-70194-HDH-13
DATED: August 22, 2014
HEARING DATE: 8/20/2014
HEARING TIME: 10:00 AM

_____
### ORDER DENYING CONFIRMATION OF CHAPTER 13 PLAN
_____

     Came to be heard the above named Debtor(s) Confirmation of Final Plan in the above captioned case.  A hearing to consider the confirmation of that plan was held on 8/20/2014, and it appearing to the Court that the plan filed 06/30/2014 does not comply with 11 U.S.C. 1325.

     It is therefore ORDERED that the confirmation of the plan is denied.

# # # End of Order # # #

  /s/  Marc McBeath
_____
Robert B. Wilson, Bar # 21715000
Chapter 13 Trustee
Marc McBeath, Bar # 13328600
Staff Attorney