Robert B. Wilson Standing Chapter 13 Trustee 6308 Iola Avenue, STE 100 Lubbock, TX 79424 (806)748-1980 Office (806)748-1956

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NOTHERN DISTRICT OF TEXAS
## WICHITA FALLS DIVISION

IN RE:

**WALTER STEVEN PATRICK**

**DEBTOR(S)**

**CASE NO. 14-70194 - HDH -13**

**Hearing Date:** 9/17/2014

**Hearing Time:** 10:00 AM

### TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

**TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:**

COMES NOW ROBERT B. WILSON, Standing Chapter 13 Trustee (hereinafter referred to as Trustee), and files this Objection to Confirmation in opposition to confirmation of Debtors' Chapter 13 Plan and Motion for Valuation filed herein by the above debtor(s), and would respectfully show the Bankruptcy court:

1. Debtor(s) filed for relief under Chapter 13 of the United States Bankruptcy Code on 6/30/2014.

2. Debtor(s) are below median income per 11 U.S.C. Sec. 1325 (b)(4).

3. Trustee alleges Debtor's Plan fails to provide treatment for a priority claim filed by the IRS in the amount of $5,100.00 for 2011 through 2013 income taxes.

4. Trustee alleges Debtor's Plan provides unsecured special class treatment for an unqualified general unsecured claim filed by Allianceone Receivables Mangagement Inc in the amount of $1,464.06 for municipal court penalties, collection fees, & interest.

5. Trustee is unable to determine feasibility of the proposed Plan base and objects to confirmation in accordance with 11 U.S.C. 1325(a)(6).

WHEREFORE, the Trustee prays that the Bankruptcy Court deny Confirmation of the Debtor(s) Chapter 13 Plan and Motion for Valuation and for such other relief to which this bankruptcy estate may be justly entitled.

Date: 9/10/2014

Respectfully submitted,

/s/ Robert B. Wilson
6308 Iola Avenue, STE 100
Lubbock, TX 79424

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Trustee's Objection to Confirmation was this date served on the following parties at the addresses listed below by electronic service or by U.S. First Class Mail:

Debtor(s) Attorney
MONTE J WHITE
ATTORNEY AT LAW
1106 BROOK AVE HAMILTON PLAC
WICHITA FALL TX   76301-0000

Debtor(s)
WALTER STEVEN PATRICK

2137 AVE E

WICHITA FALL  TX  76309


Date:  9/10/2014

/s/ Robert B. Wilson
Office of the Standing Trustee


WALTER STEVEN PATRICK
2137 AVE E
WICHITA FALLS    TX  76309