Office of the Standing Trustee – Revised 11/9/2005

Walter Steven Patrick          Bankruptcy Case Number 14-70194-HDH-13

Debtor

**AFFIDAVIT AND DISCLOSURE OF DOMESTIC SUPPORT OBLIGATION**

THE STATE OF TEXAS, COUNTY OF WICHITA

Walter Steven Patrick, debtor of full age deposes and says:

Section I:

☐ I/We affirm that I/We do not owe any person or entity a debt defined in 11 USC 101 (14) (A) as a "domestic support obligation".

☐ I/We affirm that I/We do owe any person or entity a debt defined in 11 USC 101 (14) (A) as a "domestic support obligation".

☐ The name, address, and telephone number of the holder(s) of a domestic support obligation claim(s) is/are: (Type or Print Legibly)
Name: Address: Telephone Number:

_____
_____
_____

☐ The name, address, and telephone number of the Servicing Agent(s) of the holder of a domestic support obligation claim is/are: (Type or Print Legibly)
Name: Address: Telephone Number:

_____
_____

Section II:

☒ I/We affirm that I/We are current on any and all domestic support obligation payments that have come due since the date of my/our bankruptcy petition.

_____
Debtor

Sworn to and subscribed before me on this _12_ day of _Sept_, 2014.

_____
Notary Public in and for the State of Texas

SUE NORRIS GAUVIN
MY COMMISSION EXPIRES
December 18, 2014